# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. Cruz and A. Naranjo, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>Tarantino Wholesale Foods, Peter Tarantino, Automation Personnel Services Inc., an Alabama Corporation, and Doe One through and including Doe Ten<br><br>Defendants. | Case No. 16cv593-JAH (BLM)<br>*Assigned to Hon. John A. Houston*<br><br>**ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

The Court has before it Plaintiffs' Motion for Final Approval of Class Action Settlement ("Class Settlement") and Motion for Award of Attorney's Fees, Incentive Awards and Reimbursement of Costs. After reviewing the Motion for Final Approval, Motion for Award of Attorney's Fees and the Joint Stipulation of Class Action Settlement Between Plaintiffs and Defendants ("Settlement Agreement"), and the supplemental briefing filed by the Plaintiffs, the Court hereby finds and orders as follows:

1. This Court has jurisdiction over the claims of the Class Members asserted in this proceeding and over all parties to the action.

2. This Court finds that the applicable requirements of Federal Rule of Civil Procedure 23 have been satisfied with respect to the Settlement Class and the proposed Class Settlement. The Court hereby makes final its earlier provisional certification of the Class, as set forth in the Preliminary Approval Order. The Court finds that the settlement is fair, adequate, and reasonable, and falls within the range of reasonableness.

3. The notice given to the Class Members fully and accurately informed the Class Members of all material elements of the proposed Class Settlement and of their opportunity to object to or comment thereon; was the best notice practicable under the circumstances; was valid, due and sufficient notice to all Class Members; and complied fully with the laws of the State of California, the Federal Rules of Civil Procedure, the United States Constitution, due process and other applicable law. The notice fairly and adequately described the Class Settlement and provided Class Members adequate instructions and a variety of means to obtain additional information. A full opportunity has been afforded to the Class Members to participate in this hearing. Accordingly, the Court determines that all Class Members (as defined in the Class Settlement) who did not timely and properly execute a request for exclusion are bound by this Order and Judgment.

4. The Court hereby grants final approval to the Class Settlement and finds it reasonable and adequate, and in the best interests of the Class as a whole.

Accordingly, the Court hereby directs that the Class Settlement be effected in accordance with the Settlement Agreement and the following terms and conditions.

5. It is hereby ordered that the Settlement Administrator shall pay the Settlement Awards in the amounts and pursuant to the terms set forth in the Settlement Agreement.

6. It is hereby ordered that the that the Settlement Administrator shall pay the Incentive Awards of $5,000.00 each to Class Representatives Gustavo Cruz and Adriana Naranjo because the Court finds the Incentive Awards are fair and reasonable for the work they provided to the Class and Class Counsel.

7. It is hereby ordered that the Settlement Administrator shall pay a Fee Award of twenty-five percent of the Gross Settlement Amount, $132,500, as well as $8,739.18 in actual costs, to Class Counsel. The fee award falls within the range of reasonableness and the result achieved justified the award. Class Counsel's actual expenses in prosecuting this Action are hereby approved as reasonably incurred.

8. It is hereby ordered that the Settlement Administrator shall pay the Labor and Workforce Development Agency $7,500 on account of the California Labor Code Private Attorney General's Act claim, as set forth in the Settlement Agreement.

9. It is hereby ordered that the Settlement Administrator shall be paid Administration Costs of $9,995 as set forth in the Settlement Agreement.

10. With this final approval of the Class Settlement, it is hereby ordered that judgment be entered permanently barring and enjoining all members of the Settlement Class from prosecuting against Defendants, their past, current and future owners, parent companies, subsidiaries, divisions, related or affiliated companies, including but not limited to their past, current and future owners, shareholders, officers, directors, employees, agents, attorneys, insurers, successors and assigns, and any individual or

entity who could be jointly liable with any of the foregoing, any individual or class or collective claims released under the Settlement Agreement, upon satisfaction of all payments and obligations hereunder.

**IT IS SO ORDERED.**

Dated: November 29, 2017

John A. Houston
United States District Judge